UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br><br>08 CV 4963 (AKH) |
| PAUL JANSEN and DOLORES JANSEN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK,<br><br>　　　　　　　　　　　Defendant. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY　)
COUNTY OF ESSEX　　　)

　　　Megan Strickland, being duly sworn, deposes and says:

　　　1.　　I am over 18 years of age and am employed by Patton Boggs LLP for Defendant City of New York and am not a party to this action.

　　　2.　　On Thursday, May 29, 2008, I served a true and correct copy of a Civil Cover Sheet, Notice of Removal, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Individual Practices of Magistrate Judge Theodore H. Katz, Individual Rules of the Honorable Alvin K. Hellerstein and Chambers Rules for September 11 Consolidated Cases, by Federal Express upon:

　　　　　　　**Michael A. London, Esq.**
　　　　　　　Douglas & London, P.C.
　　　　　　　111 John Street, 14th Floor
　　　　　　　New York, NY 10038

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Megan Strickland_
　　　　　　　　　　　　　　　　　　　　　　　Megan Strickland

Sworn to before me this
___ day of May 2008

_/s/ Notary Public_
Notary Public

KRISTINA BAKALIAN
Notary Public, State of New Jersey
My Commission Expires: 2/15/2013